UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSE JAIME GARCIA,<br><br>                    Defendant. | Case No.: 3:24-CR-01957-JO-3<br><br>**ORDER DENYING DEFENDANT'S AMENDED EX PARTE MOTION TO REVOKE DETENTION**<br><br>**[ECF No. 118]** |
|---|---|

    Before the Court is Defendant Jose Jaime Garcia's "Amended" Ex Parte Motion to Revoke Detention. ECF No. 118. The Court denied Defendant's previous Ex Parte Motion to Reconsider Detention on December 19, 2024. ECF No. 112. The amended motion is based on Defendant's argument that the Government's evidence against him is "non-existent." The Court finds that this matter is suitable for determination without a hearing. *United States v. Dodd*, No. 20-cr-0016, 2020 WL 1547419, at *1 (D. Minn. Apr. 1, 2020); *United States v. Martin*, No. PWG-19-140-13, 2020 WL 1274857 (D. Md. Mar. 17, 2020) (no requirement to hold a hearing on request for reconsideration of order of detention).

    The amended motion does not address the concerns raised by the Court at Defendant's detention hearing or in its December 19, 2024 Order, but focuses solely on the weight of the evidence against Defendant. In deciding whether a person should be released

pending trial under the Bail Reform Act, "[t]he weight of the evidence against the defendant is a factor to be considered but it is the 'least important' of the various factors." *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990) (quoting *United States v. Motamedi*, 757 F.2d 1403, 1406-07 (9th Cir. 1985)). The Court is not persuaded that Defendant's assessment of the strength of the evidence against him warrants further reconsideration of the Court's prior decision that Defendant should be detained, or the Court's prior order affirming that decision. In light of all the circumstances, Court sees no evidence that Defendant does not continue to present a serious risk of flight.

Therefore, the Court **DENIES** Defendant's Amended Ex Parte Motion to Revoke Detention.

**IT IS SO ORDERED.**

Dated: January 21, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge